In the Matter of Abraham Schachne, an Attorney and Counselor at Law.— The matters contained in the affidavit submitted in opposition to the petition herein are referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of Edward Shelubov, Petitioner, for an Order of Certiorari against Lewis J. Valentine, as Police Commissioner of the City of New York, Respondent.— Motion to resettle order denied, without costs. [See ante, p. 934 and p. 1003.] Present — Lazansky, P. J., Carswell, Adel, Taylor, and Close, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Michael Stein, an Attorney and Counselor at Law.— In view of amicable settlement, petition dismissed. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of Charles H. Stowell, Petitioner, against Trustees Santoro and Others, Constituting the Board of Trustees of the Village of Mamaroneck, and F. H. Bull, Jr., Village Clerk, Respondents, for a Review of a Determination of Said Board of Trustees in a Hearing Entitled: In the Matter of Disciplinary Proceedings against Charles H. Stowell, Police Chief of the Village of Mamaroneck, N. Y.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Sam Pozin, Appellant, v. Ronor Realty Corporation and A. M. Dreyer, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

The People of the State of New York ex rel. William J. Schwarz, Appellant, v. William Stanley Miller and Others, as Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments, in the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Benedetta Rizzo, as Administratrix, etc., of Leonardo Rizzo, Deceased, Respondent, v. Thomas E. Murray, Jr., as Receiver of Interborough Rapid Transit Company, Defendant, Appellant; Triborough Bridge Authority, Defendant, Appellant and Respondent, and Woodcrest Construction Company, Inc., Impleaded Defendant, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 956; post, p. 1102.] Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Joseph Rodgers, an Infant, by Eugene Rodgers, His Guardian ad Litem, and Eugene Rodgers, Appellants, v. Thomas Ward, Respondent, and Arthur Kimball, Defendant. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Swift and Company, Inc., Appellant, v. Abram Cohen, Also Known as Abram Kagen, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.